IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br><br>(Jointly Administered)<br><br>Related Doc. #288 |

## ORDER AUTHORIZING THE RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") to retain Lowenstein Sandler PC ("Lowenstein Sandler") to serve as counsel for the Committee; and upon consideration of the certification of counsel in support of the Application; and the Court being satisfied that Lowenstein Sandler represents no adverse interest in the matters with respect to which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefore;

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

2. Pursuant to 11 U.S.C. §§ 328(a) and 1103, the Committee is authorized to employ and to retain Lowenstein Sandler, effective as of April 24, 2006, to serve as its counsel in the above-captioned cases.

3. Lowenstein Sandler shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the

---

[1] The Debtors are the following entities: Global Home Products, LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture

rules of this Court, and any Order entered by this Court in respect of compensation of professionals.

Dated: June 2, 2006

_____
Honorable Kevin Gross
United States Bankruptcy Judge

LLC; Burnes Operating Company LLC; Mirro Acquisition Inc., Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.