IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| GLOBAL HOME PRODUCTS, LLC, *et al.*,[1] ) | Case No. 06-10340 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Chapter 11 |
| ) | |

## **NOTICE OF APPEAL**

Regal Ware, Inc. ("Regal Ware"), Movant, by and through its undersigned counsel, appeals under 28 U.S.C. § 158(a) from the final judgment of the Bankruptcy Court entered in the above captioned bankruptcy case on August 14, 2006 [Docket No. 664], approving the *Motion of Debtors for the Entry of an Order (I) Approving Sale by the Wearever Debtors of Substantially all of Wearever Debtors' Assets Free and Clear of all Liens, Claims, Enbumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* (the "Sale Motion") and denying Regal Ware's Objection to the Sale Motion [Docket No. 618].

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64394-1

*Counsel for Regal Ware, Inc.:*

Morton R. Branzburg, Esq.
Steven K. Kortanek, Esq.
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801-3062

Daniel R. Johnson, Esq.
Joseph A. Kromholz, Esq.
RYAN KROMHOLZ & MANION, S.C.
P. O. Box 26618
Milwaukee, Wisconsin 53226-0618

*Counsel to the Global Home Products:*

Laura Davis Jones, Esq.
Bruce Grohsgal, Esq.
Sandra G. M. Selzer, Esq.
Pachulski Stang Ziehl Young Jones &
  Weintraub LLP
919 N. Market St., 17th Flr.
Wilmington, DE 19899-8705

David M. Bertenthal, Esq.
Joshua M. Fried, Esq.
Pachulski Stang Ziehl Young Jones &
  Weintraub LLP
150 California St., 15th Flr.
San Francisco, CA 94111

*Counsel for SEB, SA:*

Gregg M. Galardi, Esq.
Matthew Paul Ward, Esq.
Skadden Arps Slate Meagher &
  Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

*Counsel for Wachovia Bank, National Association:*

Joseph H. Huston, Jr., Esq.
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Flr.
Wilmington, DE 19801

Steven B. Soll, Esq.
Jonathan Helfat, Esq.
Otterbourg, Steindler, Houston &
  Rosen, P.C.
230 Park Avenue
New York, NY 10169

*Counsel for Citigroup:*

Joseph H. Smolinsky, Esq.
Thomas J. Hall, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*United States Trustee*

Mark Kenney, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Local Counsel to the Official Committee of Unsecured Creditors:*

David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

Sharon Levine, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Date: August 14, 2006   Respectfully submitted,

KLEHR HARRISON HARVEY BRANZBURG
 & ELLERS LLP


 /s/ Jennifer L. Scoliard
Morton R. Branzburg, Esq.
Steven K. Kortanek (Del. Bar No. 3106)
Jennifer L. Scoliard (Del Bar No. 4147)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 552-5503 – telephone
(302) 426-9193 - facsimile

-and-

RYAN KROMHOLZ & MANION, S.C.
Daniel R. Johnson, Esq.
Joseph A. Kromholz, Esq.
P. O. Box 26618
Milwaukee, Wisconsin 53226-0618

*Attorneys for Regal Ware, Inc.*