# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Global Home Products LLC, et al.,[1] | ) | Case No. 06-10340 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM AND CERTAIN ADMINISTRATIVE EXPENSE REQUESTS

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST WITH CLAIMS AGAINST THE ABOVE-CAPTIONED DEBTORS:

PLEASE TAKE NOTICE that:

On September ___, 2006, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order (the "Bar Date Order") in the chapter 11 cases (the "Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") in accordance with Bankruptcy Rule 3003(c) fixing:

a. **November 15, 2006, at 4:00 p.m. prevailing Eastern time** (the "Claims Bar Date") as the **last day** for the **filing of proofs of claim** in these Cases for all claims against the Debtors arising prior to January 28, 2006 (the "Petition Date");

b. **November 15, 2006, at 4:00 p.m. prevailing Eastern time** (the "Governmental Unit Bar Date") as the **last day** for all governmental units, as defined in section 101(27) of the Bankruptcy Code, to assert claims arising before the Petition Date; and

c. **November 15, 2006, at 4:00 p.m. prevailing Eastern time** (the "503(b)(9) Administrative Bar Date") as the **last day** for all parties asserting administrative expenses against the Debtors' estates arising under section 503(b)(9) of the Bankruptcy Code, to file a request for payment of such administrative expense with the Claims Agent (the "503(b)(9) Administrative Expense Request").

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; and Mirro Operating Company LLC.

**All claims**, as defined in section 101(5) of title 11 of the United States Code (the "Bankruptcy Code"), **arising before the Petition Date**, and **all 503(b)(9) Administrative Expense Requests, whenever arising**, including in each case any claims against the Debtors' estates based on the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal or equitable liability, or otherwise (each a "Claim"), except as otherwise provided for or specifically excepted herein, shall be filed with the following claims agent, Bankruptcy Services LLC (the "Claims Agent"), in writing, together with supporting documentation, substantially conforming with Official Bankruptcy Form 10 (attached hereto as Exhibit 1), or as otherwise prescribed or authorized under the Bankruptcy Rules, on or before the Claims Bar Date or, if applicable, the Governmental Unit Bar Date or 503(b)(9) Administrative Bar Date:

Bankruptcy Services LLC
[insert address]

The following claims are excepted from the provisions of the Bar Date Order (the "Excepted Claims") and are <u>not</u> required to be filed on or before the Claims Bar Date, the Governmental Unit Bar Date, or the 503(b)(9) Administrative Bar Date:

a.  claims already duly filed in these Cases with the Claims Agent, or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801;

b.  claims listed in the Debtors' schedules of assets and liabilities, or as listed in any supplements or amendments thereto (the "Schedules"), <u>if</u> the claimant does not dispute the amount or manner in which its claim is listed in the Schedules or the nature of the claim <u>and if</u> such claim is not designated therein as "contingent," "unliquidated," "subject to adjustment," "disputed," or "unknown" (or assigned a zero amount); and

c.  claims arising on or after the Petition Date, except as provided pursuant to the 503(b)(9) Administrative Bar Date.

Should the Court, in the future, fix a date by which the Excepted Claims must be filed, you will be notified.

Any proof of Claim required to be filed pursuant to the provisions of the Bar Date Order and not filed on or before the Claims Bar Date or, if applicable, the Governmental Unit Bar Date or 503(b)(9) Administrative Bar Date shall be **forever barred** from assertion against the Debtors and the property of the Debtors, and the holder of such Claim shall be forever barred from voting on any plan of reorganization filed in these Cases or participating in any distribution in these Cases, including any distribution made in a subsequent chapter 7 case of the Debtors.

The Debtors' Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the

2

Bankruptcy Court, 824 Market Street, Wilmington, DE 19801. Creditors that wish to rely on the Schedules shall have the responsibility for determining that their Claims are accurately listed therein.

Holders of Claims against the Debtors arising from the rejection by the Debtors of an executory contract or unexpired lease must file a proof of claim for such claim before the later of (a) thirty (30) days after the date of service of any order authorizing the Debtors to reject such contract or lease, and (b) the Claims Bar Date, unless the order authorizing the rejection of such executory contract or unexpired lease or an other order of the Court provides for an earlier date in which case such earlier date shall govern in all respects.

Any questions concerning this notice should be directed to Bankruptcy Services LLC at [PHONE NUMBER] or the Debtors' counsel Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or (302) 652-4100, Attention: Laura Davis Jones, Esquire.

This notice may have been sent inadvertently to persons or entities that may not actually have a Claim against the Debtors. The fact that you have received this notice does not mean that you have a Claim, or that the Debtors or the Bankruptcy Court concedes that you have a Claim.

Dated: September ___, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 3889)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszyjw.com
        dbertenthal@pszyjw.com
        bgrohsgal@pszyjw.com
        jfried@pszyjw.com
        sselzer@pszyjw.com

Counsel for the Debtors and Debtors in Possession