**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE: Global Home Products LLC, et al

---

|  |  |  |
|---|---|---|
| | ) | |
| Regal Ware Inc. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-588 |
| v. | ) | |
| | ) | |
| | ) | |
| Global Home Products LLC, et al. | ) | |
| Appellee | ) | Bankruptcy Case No. 06-10340 |
| | ) | Bankruptcy Appeal No. 06-50 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/11/06 was docketed in the District Court on 9/21/06:

> Order Approving Motion of Debtors for the Entry of an Order (I) Approving Sale by the Wearever Debtors of Substantially all of Wearever Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(B)(F) and (M) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.


Peter T. Dalleo
Clerk of Court

Date:  9/21/06

To:    U.S. Bankruptcy Court
       Counsel