# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Global Home Products LLC, et al.,[1] | ) | Case No. 06-10340 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket # 718 |

### ORDER UNDER SECTIONS 327(A) AND 328 (A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PLANTE & MORAN, LLP TO PROVIDE AUDIT SERVICES REGARDING DEBTORS' (I) 401(K) PLAN AND (II) PENSION PLAN FOR CERTAIN ANCHOR HOCKING EMPLOYEES *NUNC PRO TUNC*

Upon the Application[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to sections 327(a) and 1107 of chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), authorizing them to retain Plante & Moran, LLP ("Plante & Moran") to provide audit services regarding debtors' (i) 401(k) plan and (ii) pension plan for certain anchor hocking employees *nunc pro tunc* to May 15, 2006; and upon the Affidavit of David L. Scheffler in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that Plante & Moran neither holds nor represents any interest adverse to the Debtors' estates; and it appearing that Plante & Moran is "disinterested", as that term is

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; and Mirro Operating Company LLC.

[2] Capitalized terms herein shall have the meanings ascribed to them in the Application.

31604-001\DOCS_DE:120447.4

defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interest of the estates and their creditors; after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that in accordance with section 327(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain Plante & Moran, *nunc pro tunc* to May 15, 2006, to provide audit services on the terms set forth in the Application and the Engagement Letters; and it is further

ORDERED that the Audit Fees set forth in the Application and Engagement Letters constitute "reasonable terms and conditions of employment" pursuant to section 328(a) of the Bankruptcy Code.

ORDERED the Audit Fees are approved pursuant to 328(a) of the Bankruptcy Code and that Plante & Moran shall be compensated by the Debtors without any further application to the Court.

Dated: October 6, 2006

_____
Honorable Kevin Gross
United States Bankruptcy Judge