IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br>(Jointly Administered) |

**SIXTH AND FINAL STATEMENT OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES
INCURRED BY COMMITTEE MEMBERS AND THEIR TRANSLATOR**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") submits this sixth and final statement (the "Statement") in connection with the expenses incurred by certain Committee members and their Chinese language translator (the "Members") in connection with the Debtors' chapter 11 cases in accordance with the Administrative Order Establishing Procedures for Interim Monthly Compensation of Professionals entered by the Court on May 5, 2006 (the "Administrative Fee Order") [Docket No. 190], and respectfully represents as follows:

**BACKGROUND**

1. On April 10, 2006 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to operate their business and manage their properties as debtors-in-possession.

---

[1] The Debtors are the following entities: Global Home Products, LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc., Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

19346/2 02/22/2008 1966956.6
#9350796 v1

2. No trustee or examiner has been appointed in the Debtors' bankruptcy cases.

3. On April 24, 2006, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1102.

4. On May 5, 2006, the Court entered an Administrative Fee Order which includes provision for the reimbursement of expenses incurred by Committee Members.

5. On June 19, 2006, the Committee filed with the Court a Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator. [Docket No. 442.]

6. On August 16, 2006, the Committee filed with the Court a Second Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator. [Docket No. 691.]

7. On November 14, 2006, Committee filed with the Court a Third Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator. [Docket No. 949.]

8. On February 20, 2007, Committee filed with the Court a Fourth Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator. [Docket No. 1214.]

9. On August 16, 2007, Committee filed with the Court a Fifth Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator. [Docket No. 1615.]

10. On February 13, 2008, the Court entered an Order Confirming the Debtors' First Amended Plan of Reorganization. [Docket No. 1946.]

## JURISDICTION

11. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

12. By this Statement, the Committee requests reimbursement of the expenses of the Members, as set forth below, as administrative expense of the Debtors, and directing payment of same.

## COMMITTEE MEMBER EXPENSES

13. The applicants request reimbursement of expenses in the aggregate amount of $4,830.85. Such expenses relate to the attendance of representatives of the Members at meetings of the Committee and the cost of a Chinese language interpreter:

| EXH | COMMITTEE MEMBER | AMOUNT |
|---|---|---|
| A | Haishan Liu (Chinese Translator) | $4,780.00[2] |
| B | Michael H. Traison (Color Box Inc.) | $50.85 |
| | **TOTAL** | **$4,830.85** |

Photocopies of the receipts (to the extent available) for the Members' expenses are annexed hereto as **Exhibits "A" - "B"**.

14. The expenses were incurred by the Members in connection with their duties as the Committee Members.

15. The expenses incurred by the Members were necessary to permit the effective performance of the Members' duties.

---

[2] This amount reflects the payment of $18,000.00 received by Haishan Liu from the Debtors on or about November 28, 2007.

16. None of the expenses for which reimbursement is requested herein are duplicative of any expenses requested or awarded in any prior application for reimbursement of expenses.

17. Accordingly, the Members' expenses in the amount of $4,830.85 should be paid as administrative expenses of the Debtors' estate under § 503(b)(3)(F) of the Bankruptcy Code by the Debtors within the time provided for in the Administrative Fee Order.

## CONCLUSION

**WHEREFORE**, the Committee requests that the expenses incurred by the Members as reflected on <u>Exhibits A-B</u> hereto be reimbursed by the Debtors in the total amount $4,830.85.

Dated: February 22, 2008.

        **LOWENSTEIN SANDLER, PC**
        Sharon L. Levine, Esq. (SL 2109)
        Bruce Buechler, Esq. (BB 0324)
        Wojciech F. Jung, Esq. (WJ 2047)
        65 Livingston Avenue
        Roseland, New Jersey 07068
        Tel: (973) 597-2500
        Fax: (973) 597-2400

        ~ and ~

        **PEPPER HAMILTON LLP**

        <u>/s/ Evelyn J. Meltzer</u>
        David M. Fournier (DE No. 2812)
        Evelyn L. Meltzer (DE No. 4581)
        Hercules Plaza, Suite 5100
        1313 N. Market Street
        Wilmington, Delaware 19801
        Telephone: (302) 777-6500
        Fax: (302) 421-8390

        *Co-Counsel for the Official Committee of Unsecured Creditors*