# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br>(Jointly Administered)<br><br>**Hearing Date: To be scheduled by the Debtors**<br>**Objection Deadline: March 12, 2008 at 4:00 p.m. (Eastern)** |

## NOTICE OF SIXTH AND FINAL STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS AND THEIR TRANSLATOR

To: All parties on the Attached Service List

**PLEASE TAKE NOTICE** that on February 22, 2008, Counsel for the Official Committee of Unsecured Creditors in the above-captioned matter filed and served the **Sixth and Final Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator** (the "Application").

**PLEASE TAKE FURTHER NOTICE** the Application requests reimbursement of actual and necessary expenses incurred by members of the Official Committee of Unsecured Creditors and their translator in the amount of $4,830.85 for the period August 1, 2007 through February 13, 2008.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received no later than **March 12, 2008 at 4:00 p.m. (Eastern)** upon: (i) the Debtors: Raymond Wechsler, Interim Chief Executive Officer, and Randal Rombeiro, Chief Financial Officer, Global Home Products, LLC, 519 North Pierce Avenue, Lancaster, Ohio

#9351998 v1

43130; (ii) counsel for the Debtors: Laura Davis Jones, Esquire, Pachulski Stang Ziehl Young & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801); (iii) the Office of the United States Trustee: Mark Kenney, Esquire, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; (iv) counsel to Wachovia Bank, National Association: Jonathan N. Helfat, Esquire, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, New York, New York 10169-0075 and Joseph H. Huston, Jr., Esquire, Thomas G. Whalen, Jr., Esquire, Stevens & Lee, P.C., 1105 North Market Street, 7th Floor, Wilmington, Delaware 19801; (v) counsel to Madeleine L.L.C.: Jesse H. Austin, III, Esquire, Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, N.E., Suite 2400, Atlanta, Georgia 30308 and Robert J. Dehney, Esquire, Morris, Nichols, Arsht & Tunnell LLP, Chase Manhattan Centre, 1201 North Market Street, 18th Floor, Wilmington, Delaware 19801; (vi) counsel to Global Home Products Investors LLC: Michael L. Cook, Esquire and Sophie S. Kim, Esquire, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022 and Adam G. Landis, Esquire, Kerri K. Mumford, Esquire, Landis Rath & Cobb LLP, 919 North Market Street, Suite 600, Wilmington, Delaware 19801; and (vii) counsel to Unsecured Creditors Committee: Sharon L. Levine, Esquire, Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068, and David M. Fournier, Esquire, Pepper Hamilton LLP, Hercules Plaza, Suite 5100, P.O. Box 1709, 1313 North Market Street, Wilmington, Delaware 19899-1709.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Application are timely filed and served in accordance with the above procedures, an order may be entered granting the relief requested in the Application without further notice or a hearing. If an objection is properly filed and served in accordance with the above procedures, a hearing with

-2-
#9351998 v1

respect to the Application will be held on before the Honorable Kevin Gross at 844 King Street, Courtroom #2B, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed with the Bankruptcy Court and received by undersigned counsel and the parties set forth herein will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 22, 2008
Wilmington, Delaware

    /s/ Evelyn J. Meltzer
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel:  (302) 777-6500
Fax:  (302) 421-8390

and

Kenneth A. Rosen, Esq.
Sharon Levine, Esq.
Wojciech Jung, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
Tel:  (973) 597-2500
Fax: (973-597-2400

*Counsel for the Official Committee of Unsecured Creditors*

#9351998 v1