

EXHIBIT "A"

# GLOBAL HOME PRODUCTS LLC, *ET AL.*
## CASE NO: 06-10340 (KG)
### COMMITTEE EXPENSE REPORT

**Name**
**Company**
**Address:**

US-China Assets Management USA, LLC

33-65 55th Street , Woodside, NY 11377

Date: **February 18, 2008**

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc | Total Due |
|---|---|---|---|---|---|---|---|
| 8111/07 to 2/13/08 | Translation, E-mailing and Communication for and with the UCC of GHP (attached Time Sheet for itemized services) | | | | | | $4,780.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL EXPENSES    **$4,780.00**

I hereby certify that all of the expenses described above were incurred
in connection with my responsibilities as a member of the Official
Committee of Unsecured Creditors of Global Home Products LLC, *et al*.

By: HAISHAN LIU

## TIME SHEET FOR TRANSLATION AND E-MAILING
### Recorded 8/1/07---2/13/08

| NO. | JOB DESCRIPTION | DATE | TIME |
|---|---|---|---|
| 1 | Translation of W. Jung's 8/3 e-mail re: Exclusivity Extension, Administrative Claims Bar Date and Baker & McKenzie | 8/5/07 | **2.8** |
| 2 | Translation of W. Jung's 8/10 e-mail re: GHP- Capital Solution Group | 8/12/07 | **1.2** |
| 3 | E-mail to W. Jung re: GHP- Capital Solution Group | 8/12/07 | **0.1** |
| 4 | Phone Conversation with Supor re: Capital Solution Group | 8/13/07 | **0.3** |
| 5 | Phone Conversation with W. Jung and Conference Call with W. Jung & Pan at Supor re: GHP- Capital Solution Group | 8/13/07 | **0.4** |
| 6 | E-mails to W. Jung & Martin re: GHP-Term Sheet | 8/14/07 | **0.3** |
| 7 | Conference Call with W. Jung , Pan at Supor & Martin Chow re: GHP-Term Sheet | 8/14/07 | **0.5** |
| 8 | Phone Conversation with W. Jung re: Telephonic Meeting w. Asian Members re: Postpone 10/2 to 10/10 | 9/17/07 | **0.2** |
| 9 | E-mails to W. Jung re: Chinese translation of GHP documents | 9/17/07 | **0.2** |
| 10 | Translation of W. Jung's 9/17 e-mail re: GHP- Notice of 10/10 telephonic Committee Meeting and draft of a cover email to Asian members | 9/23/07 | **0.5** |
| 11 | Translation of W. Jung's 10/8 e-mail re: GHP- Agenda of 10/10 Committee Meeting; E-mails to W. Jung & Phone call w. W. Jung re: the Meeting | 10/8/07 | **0.9** |
| 12 | Telephone Call w. 3 Asian Members re: 10/10 Committee Meeting | 10/8/07 | **0.6** |
| 13 | Telephonic Meeting w. Committee Meeting re: Update on GHP cases | 10/10/07 | **0.3** |

| 14 | Telephone Call with Pan at Supor re: S, Levine presentation at the Meeting | 10/10/07 | **0.2** |
| 15 | English Translation of W. Jung's email re: Global Home Files Reorganization Plan | 10/11/07 | **4.2** |
| 16 | English Translation of 10/12 emails in Chinese from Supor and Martin re: Request GHP documents, and email to W. Jung re: Supor intention | 10/14/07 | **1.2** |

| 11/07 | | | |
|---|---|---|---|
| NO. | JOB DESCRIPTION | DATE | TIME |
| 17 | English Translation of 10/25 fax sheet in Chinese from Supor and re: Request GHP documents, and email to W. Jung re: Supor intention; Phone conversations w. Pan at Supor re: GHP documents availability | 11/5/07 | 1.3 |

| 12/07 | | | |
|---|---|---|---|
| NO. | JOB DESCRIPTION | DATE | TIME |
| 18 | Translate Plan, Disclosure Statement, and Voting Procedures (11/24—12/31) | 12/31/07 | 196 |

| | JOB DESCRIPTION 1/08 | | |
|---|---|---|---|
| 19 | Translate the additions, changes and corrections of Plan & Disclosure Statement; finalize the format of all documents | 1/1/08 | 6.5 |
| 20 | Emails from and to W. Jung re: ASD email address for sending Plan & Disclosure Statement | 1/1/08 | 0.3 |
| 21 | Email to W. Jung re: Supor certification of GHP documents | 1/3/08 | 0.2 |
| 22 | Emails from and to W. Jung re: Supor mailing address for sending Ballot | 1/3/08 | 0.4 |
| 23 | Emails from and to W. Jung re: Sony Tang phone number for sending Ballot; phone conversation with Sony Tong | 1/8/08 | 0.5 |
| 24 | Emails from and to W. Jung re: Supor headquarter address for sending Ballot | 1/10/08 | 0.2 |
| 25 | Emails from and to W. Jung re: Supor authorized person for receiving Ballot | 1/11/08 | 0.2 |
| 26 | Emails and Telephone Calls with Asian members re: receiving Ballots | 1/14/08 | 0.4 |
| 27 | Emails from and to W. Jung re: Asian members receiving Ballots | 1/14/08 | 0.2 |
| 28 | Emails to W. Jung re: Update on Asian members receiving Ballots | 1/15/08 | 0.2 |
| 29 | Emails and Telephone Calls w. Asian members re: Confirm receipt of Ballots | 1/17/08 | 0.5 |
| 30 | Emails with ASD and W. Jung re: Verify ASD address in MI | 1/18/08 | 0.3 |
| 31 | Emails and Telephone Call w. Sony Tong re: Confirm receipt of Ballot | 1/20/08 | 0.3 |

| NO. | 1/20 - 2/13/08<br>JOB DESCRIPTION | DATE | TIME |
|-----|-----------------------------------|------|------|
| 32 | Emails and Telephone Calls w. Asian members re: Confirm receipt of Ballots | 1/20/08 | **0.8** |
| 33 | Email to W. Jung re: Update on Asian members receiving Ballots | 1/20/08 | **0.3** |
| 34 | Telephone Call and Email with Polly at ASD re: Class 5 Ballot | 1/20/08 | **0.4** |
| 35 | Telephone Calls and Email with W. Jung, Martin and Supor re: Plan and Claims Reconciliation | 1/25/08 | **0.6** |
| 36 | Conference call with W. Jung, Martin and Pan at Supor re: Voting Ballot | 1/25/08 | **0.5** |
| 37 | Email to W. Jung re: Update on Asian members mailing Ballots | 1/29/08 | **0.3** |
| 38 | Email to W. Jung re: Update on Supor mailing Ballot | 1/31/08 | **0.2** |
| 39 | Multiple emails w. S. Levine and phone calls w. Martin and Pan re: Supor Voting Ballot | 1/31/08 | **1.5** |

**JOB DESCRIPTION      2/08**

| NO. | | DATE | TIME |
|-----|---|------|------|
| 40 | Translate W. Jung's 2/13 Cover Email re: Confirmation of Plan | 2/13/08 | **1.8** |

Subtotal Hours                                                               **227.8**

| | |
|---|---|
| **TOTAL:** | 227.8 x $100/hour = $ 22,780 |
| **CREDIT:** | **PREPAID BY GHP - $18,000**<br>( Invoice Date: 11/27/08 ) |
| **BALANCE:** | $ 22,780 -  $18,000 = $4,780 |