EXHIBIT "B"

# GLOBAL HOME PRODUCTS LLC, *ET AL.*
## CASE NO: 06-10340 (KG)
### COMMITTEE EXPENSE REPORT

Name: **Michael H. Traison**      Miller    Date: **2/21/08**
Company
Address: **Canfield Paddock and Stone, PLLC (Color Box Inc.)**
**150 West Jefferson, Suite 2500**
**Detroit, MI 48226-4415**

| Date | Description/Reason | Transportation/ Airfare | Meals | Hotels | Car Service/ Taxi | Misc | Total Due |
|------|-------------------|------------------------|-------|--------|-------------------|------|-----------|
| 1/16/08 | Committee Meeting | | | | | 33.11 | 33.11 |
| 1/23/08 | Committee Meeting | | | | | 17.74 | 17.74 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL EXPENSES    $50.85

I hereby certify that all of the expenses described above were incurred
in connection with my responsibilities as a member of the Official
Committee of Unsecured s of Global Home Products LLC, *et al.*

By: Michael H. Traison

* For reimbursement of your expenses, please submit this Committee Expense Report, along with all
receipts, to Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068. Upon receipt,
Lowenstein Sandler PC will seek reimbursement of said expenses from the Debtors.

DELIB:2882695.2\032958-00302