## **CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 22nd day of February, 2008, I caused the foregoing **Sixth and Final Statement of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members and Their Translator** to be served upon the parties listed on the attached service list in the manner indicated.

          /s/ Evelyn J. Meltzer
          Evelyn J. Meltzer

Global Homes Products 2002 Service List

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Sandra G. M. Selzer, Esquire
Pachulski Stang Ziehl Young & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to the Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA  94111

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE  19801

(United States Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

(Counsel to Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

(Counsel to Madeleine, L.L.C.)
Robert J. Dehney, Esquire
Gilbert R. Saydah, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, 18th Floor
Wilmington, DE  19801

(Counsel to Global Home Products Investors, LLC)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

(U.S. Attorney)
Ellen W. Slights, Esquire
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

(Counsel to United Steelworkers)
Susan E. Kaufman, Esquire
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE  19899-2046

(Counsel to Morrison Express Corp (USA))
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

(Counsel to Perot Systems Corporation)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

(Counsel to Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc.)
Daniel K. Astin, Esq.
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

(Counsel to xpedx, a Division of International Paper Company)
Stephanie A. Fox, Esquire
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street
Wilmington, DE  19801

(Counsel to Automotive Rentals, Inc.)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

(Counsel to the Official Committee of Unsecured Creditors)
David M. Fournier, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

(Counsel to Thai United Frame Company, Ltd.)
Victoria W. Counihan, Esquire
Monica L. Loftin, Esquire
Dennis A. Meloro, Esquire
Greenberg Taurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

(Counsel to C.R. Gibson, Inc.)
Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
1105 North Market Street
Suite 1600
Wilmington, DE 19801

(Counsel to Aon Consulting)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

(Counsel to Lifetime Brands, Inc.)
Ronald S. Gellert, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

(Counsel to Industria Mexicana del Aluminio, S.A. de CV)
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19899

(Counsel to SEB S.A. and Groupe SEB USA)
Gregg M. Galardi, Esquire
Matthew P. Ward, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

(Counsel to Tennant Financial Services; NMHG Financial Services, Inc.)
George T. Lees, Esquire
Rawle and Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

(Counsel to Federal Express Corporation)
James F. Harker, Esquire
Cohen Seglias Pallas Greenhall & Furman, PC
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801

(Top 40 Creditor)
Mr. Samson Hui
Ms. Amanda Lo
Zhejiang Supor Cookware Co Ltd.
No. 501 Bin'an Road
Binjiang Hi-Tech Development Zone
Hangzhou, Zhejiang 310052 P.R. China

Jose Paulo Menezes Barbosa
Novelis do Brasil Ltda.
Departamento Juridico
Caixa Postal 129, CEP 01009-972
San Paulo, SP, 01060-970, BRASIL

(Counsel to the Official Committee of Unsecured Creditors)
Sharon Levine, Esquire
Bruce Buechler, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

(Attorney General)
Michael Mukasey, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Attn: Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Nathan Fuchs, Esquire
Securities & Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10285

Secretary of Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

(Debtors)
Mark Eichhorn, Interim Chief Executive Officer
Global Home Products, LLC
519 North Pierce Avenue
Lancaster, OH 43130

(Financial Advisors to Debtors)
Conway Del Genio, Gries & Co. LLC
Olympic Tower
645 Fifth Avenue, Suite 1100
New York, NY 10022

(Counsel to Wachovia Bank, National Association)
Jonathan N. Helfat, Esquire
Matthew J. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

(Counsel to Madeleine L.L.C.)
Jesse H. Austin, III, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

(Counsel to Global Home Products Investors, LLC)
Michael L. Cook, Esquire
Sophie S. Kim, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

(Counsel to United Steelworkers)
David R. Jury, Esquire
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

(Counsel to FMC Wyoming Corporation)  
Robert Szwajkos, Esquire  
Daniel P. Mazo, Esquire  
Curtin & Heefner, LLP  
250 North Pennsylvania Avenue  
Morrisville, PA 19067  

(Counsel to October-Design, Inc.)  
Trish D. Lazich, Esquire  
Ulmer & Berne LLP  
Skylight Office Tower  
1660 West 2nd Street, Suite 1100  
Cleveland, OH 44113-1448  

(Counsel to Perot Systems Corporation)  
Robert E. Delaney, Esquire  
Associate General Counsel  
Perot Systems  
2300 West Plano Parkway  
Plano, TX 75070-8499  

(Counsel to Round Rock ISD)  
Diane W. Sanders, Esquire  
Linebarger Goggan Blair & Sampson, LLP  
1949 South IH 35  
P.O. Box 17428  
Austin, TX 78760-7428  

Rosa Dominy  
Bankruptcy Administration  
IKON Financial Services  
1738 Bass Road  
P.O. Box 13708  
Macon, GA 31208-3708  

(Counsel to Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc.)  
Paul S. Bliley, Jr., Esquire  
Williams Mullen  
Two James Center  
1021 East Cary Street  
P.O. Box 1320  
Richmond, VA 23218-1320  

(Counsel to Covington Electric System and Covington Gas, Water and Sewer, each a division of the City of Covington, TN)  
Nicholas W. Whittenburg, Esquire  
Miller & Martin PLLC  
Suite 1000, Volunteer Building  
832 Georgia Avenue  
Chattanooga, TN 37402-2289  

(Counsel to Duquesne Light Company)  
S. James Wallace, Esquire  
Griffitii, McCague & Wallace, P.C.  
The Gulf Tower, 38th Floor  
707 Grant Street  
Pittsburgh, PA 15219  

(Counsel to xpedx, a Division of International Paper Company)  
E. Franklin Childress, Jr., Esquire  
Baker Donelson Bearman Caldwell & Berkowitz, P.C.  
165 Madison Avenue, Suite 2000  
Memphis, TN 38103  

(Counsel to N/P)  
Keith Simon, Esquire  
Latham & Watkins LLP  
Sears Tower, Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606

Sandra Garrick-Tinto, Esquire  
Pension Benefit Guaranty Corporation  
Office of the Chief Counsel  
1200 K Street, N.W.  
Washington, D.C. 20005-4026  

(Counsel to County of Williamson, City of Taylor, Taylor Independent School District)  
Michael Reed, Esquire  
McCreary, Veselka, Bragg & Allen, P.C.  
5929 Balcones Drive, Suite 200  
P.O. Box 26990  
Austin, TX 78755  

(Counsel to 41 Madison L.P.)  
Jonathan L. Flaxer, Esquire  
Golenbock Eiseman Assor Bell & Peskoe LLP  
437 Madison Avenue  
New York, NY 10022  

(Counsel to Thai United Frame Company, Ltd.)  
A. Davis Whitesell, Esquire  
Christopher M. Candon, Esquire  
Cohn Whitesell & Goldberg LLP  
101 Arch Street  
Boston, MA 02110  

(Advisor to Thai United Frame Company, Ltd.  
George M. Kelakos  
Kelakos Advisors LLC  
Two Sound View Drive, Suite 100  
Greenwich, CT 06830  

(Counsel to Color-Box, Inc.)  
Michael H. Traison, Esquire  
Miller, Canfield, Paddock & Stone, P.L.C.  
150 W. Jefferson Avenue, Suite 2500  
Detroit, MI 48226  

(Counsel to Sairwind Company, Ltd. and Xiamen Junyi Metal Co., Ltd.)  
Eric E. Sagerman, Esquire  
Winston & Strawn LLP  
333 South Grand Avenue  
Los Angeles, CA 90071-1543  

(Counsel to Sairwind Company, Ltd. and Xiamen Junyi Metal Co., Ltd.)  
Brian Y. Lee, Esquire  
Winston & Strawn LLP  
101 California Street  
San Francisco, CA 94111-5802  

(Counsel to C.R. Gibson, Inc.)  
J. Douglas Bacon, Esquire  
Keith A. Simon, Esquire  
Latham & Watkins LLP  
Sears Tower, Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  

Warren H. Williams, Treasurer  
S.P. Richards, Co.  
6300 Highlands Parkway, SE  
Smyrna, GA 30082

(Counsel to Unicity Integrated Logistics, Inc.)
Jennifer D. Larkin, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD  20814-4842

(Counsel to Office of Unemployment Compensation
Tax Services, Dept. of Labor and Industry,
Commonwealth of Pennsylvania)
Sharon L. Royer, UC Tax Agent/Bankruptcy Rep.
Harrisburg Bankruptcy & Compliance Office
1171 S. Cameron Street, Room 312
Harrisburg, PA  17104-2513

(Counsel to Superior Laminating, LLC)
Thomas W. Halm, Esq.
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932 0677

(Special Request)
Mr. Danny B. Head, President
Specialty Matboard Corp.
363 Fossett Road
Guntersville, AL  35976

(Counsel to ASD Group)
Paul Silverstein, Esquire
Richard Baumfield, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

(Counsel to Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

(Counsel to Perot Systems Corporation)
James Donnell, Esquire
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX  77002

(Counsel to M Booth & Associates Inc.)
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

Margi Booth, President
M Booth & Associates Inc.
300 Park Avenue South
New York, NY  10010

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
Attn:  Laura L. McCloud
P.O. Box 20207
Nashville, TN  37202-0207

(Counsel to Canon Financial Services, Inc.)
Andrew Sklar, Esquire
Law Offices of Andrew Sklar, PC
411 Route 70 East – Suite 200
Cherry Hill, NJ  08034

(Counsel to Westar/Polaris Office II LLC)
Michael C. Rupe, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661

(Counsel to Risheng Enterprises Co. Ltd.)
Carole Neville, Esquire
Mark A. Fink, Esquire
Sonnenshein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY  10020-1089

(Counsel to Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

(Counsel to CitiCapital Commercial Leasing Corporation and Citicorp Del-Lease, Inc.)
Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
Mount Laurel, NJ  08054

(Counsel to Lifetime Brands, Inc.)
Neil E. Herman, Esquire
Leonard Klingbaum, Esquire
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178

(Counsel to Industria Mexicana del Aluminio, S.A. de CV)
David A. Wender, Esquire
Dennis J. Connolly, Esquire
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

(Counsel to State of Michigan, Department of Treasury)
Michael A. Cox, Attorney General
Julius O. Curling, Assistant Attorney General
Cadillac Place
3030 West Grand Blvd., Suite 10-200
Detroit, MI  48202

(Counsel to NMHG Financial Services, Inc.; Tennant Financial Services)
Sherry D. Lowe, Esquire
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA  19053

(Counsel to Unisource Worldwide Inc.)
Lynn Hamilton Butler, Esquire
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX  78701

| | |
|---|---|
| (Counsel to Novelis do Brasil Ltda)<br>Marvin A. Sicherman, Esquire<br>Dettelbach, Sicherman & Baumgart<br>1100 Ohio Savings Plaza<br>1801 E. 9th Street<br>Cleveland, OH  44114-3169 | (Counsel to State of New Jersey, Department of Environmental Protection)<br>Mary Ellen Halloran, Deputy Attorney General<br>Department of Law & Public Safety<br>Division of Law<br>Richard J. Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ  08625-0093 |
| (Counsel to Alni Ltd.)<br>Joseph M. Patchen, Esquire<br>Carlile Patchen & Murphy LLP<br>366 East Broad Street<br>Columbus, OH  43215 | (Counsel to Alni Ltd.)<br>Jonathan L. Parshall, Esquire<br>Murphy & Landon<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805 |
| (Counsel to Texas Workforce Commission)<br>John Stern, Assistant Attorney General<br>c/o Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX  78711-2548 | (Counsel to Kawasaki Kisen Kaisha Ltd. and "K" Line America, Inc.)<br>John P. Meade, Esquire<br>"K" Line America, Inc.<br>P.O. Box 9<br>Preston, MD  21655 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | (Federal Express Corporation)<br>Charles J. Filardi, Jr., Esq.<br>Filardi Law Offices LLC<br>65 Trumbull Street<br>Second Floor<br>New Haven, CT  06510 |
| (Counsel for Regal Ware, Inc.)<br>Christopher A. Ward, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | (Counsel for Regal Ware, Inc.)<br>Morton R. Branzburg, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>260 S. Broad Street<br>Philadelphia, PA 19102 |

Robert S. Brady, Esq.
Edmon L. Morton, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Anup Sathy
David G. Agay
Ross M. Kwasteniet
Kirkland & Ellis LLP
200 East Randolph Dr.
Chicago, IL 60601

(Manhattan Associates, Inc.)
Athanasios E. Agelakopoulos, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA 30309-4530

(Aon Consulting)
Brian W. Bisignani, Esq.
Post & S chell, P.C.
17 North 2nd Street
12th Floor
Harrisburg, PA 17108-1003